574 A.2d 602

**COMMONWEALTH of Pennsylvania**

v.

**Charles J. GALLO, Appellant.**

Supreme Court of Pennsylvania.

Argued May 11, 1990.

Decided May 23, 1990.

Paul J. Winterhalter, Philadelphia, for appellant.

Andrea F. McKenna, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN and ZAPPALA, JJ., dissent.